| | | |
|---|---|---|
| PROB 22 (Rev. 2/88) | FILED 09/10/2019 Clerk, U.S. District Court District of Montana Great Falls Division | DOCKET NO. (Trans Court) 3:18CR00417-001-HZ |
| **TRANSFER OF JURISDICTION** | | DOCKET NO. (Rec. Court) CR-19-72-GF-BMM |

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Oregon | DIVISION Portland |
|---|---|---|
| SARAH JANE YOUNG | NAME OF SENTENCING JUDGE The Honorable Marco A. Hernández | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/14/19 — TO 6/13/22 |

OFFENSE

Escape; 18 U.S.C. § 751 (a) and 4082 (a)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the District of Montana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/10/19
Effective Date

*/s/ Marco Hernández*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

  IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/10/2019
Effective Date

*/s/ Brian Morris*
United States District Judge

Transfer of Jurisdiction (Prob 22-OR) 10/2011